UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                         Chapter 13
DAOVD AHMAD SAIDY                 Case No. 19-42576

                                                            OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
                                                            HEARING; CERTIFICATE OF SERVICE
                                                            CLAIMANT: JOHN DOE
<u>Debtor(s)</u>_____/   CLAIM NO:   1

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

<u>NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim)</u>     <u>DOLLAR AMT</u>     <u>DATE FILED</u>
JOHN DOE c/o RUTH AUERBACH                                                  $1,000,000.00       1/9/20
77 VAN NESS AVE., SUITE 201
SAN FRANCISCO, CA 94102

The basis for the objection is that the claim:
\_\_\_   duplicates claim no. _____ filed on _____ by _____.
\_\_\_   does not include a copy of the underlying judgment.
\_\_\_   does not include a copy of the security agreement and evidence of perfection.
\_\_\_   fails to assert grounds for priority.
\_\_\_   does not include a copy of the assignment(s) upon which it is based.
\_\_\_   appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_   is not timely filed.
        _____
<u> X </u>   The claim is unliquidated and Debtor denies liability for the alleged acts and further denies Claimant suffered
        <u>damages.</u>

As set forth in B.L.R. 9013-1(b) and (d), to the extent the basis for the objection relies upon factual assertions, such assertions must be supported by a declaration, and to the extent the basis for the objection relies upon legal assertions, such assertions must be supported by a memorandum of points and authorities.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
\_\_\_   allowed as a secured claim in the amount of:     $_____.
\_\_\_   allowed as an unsecured claim in the amount of:   $_____.
\_\_\_   allowed as a priority claim in the amount of:      $_____.
<u> X </u>   disallowed in its entirety
\_\_\_   _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007, as modified by B.L.R. 3007-1(c) and 9014-1, that: (1) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing the notice;

(2) Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

(3) If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

(4) In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated: March 3, 2020                                         <u>/s/Scott Jordan</u>
                                                              Attorney for Objecting Party
DEBTOR(S') ADDRESS:                             Scott Jordan, Esq.
Daovd Ahmad Saidy                                 18 Crow Canyon Ct., Ste. 280
175 E. 96th St., Apt. 20A                          San Ramon, CA 94583
New York, NY 10128                                  Telephone: (925) 913-0275

# CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 18 Crow Canyon Ct., Ste. 280, San Ramon, CA 94583.  I served this OBJECTION TO CLAIM; DECLARATION ON DEBTOR IN SUPPORT OF OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at San Ramon, California, on the date noted below and addressed to the Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 3, 2020 at San Ramon, California.

                                                     */s/Scott Jordan*
                                                   Scott Jordan

John Doe
c/o Ruth Auerbach
77 Van Ness Ave., Ste. 201
San Francisco, CA 94102

Rev. 4/2018