Scott Jordan (SBN: 244858)
JORDAN LAW OFFICE
18 Crow Canyon Court, Ste. 280
San Ramon, CA 94583
Tel: (925) 913 -0275
Email: sjordan@sjordanlaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DAOVD AHMAD PLANTE,<br><br>　　　　　　Debtor. | BK Case No.: 19-42576<br><br>Chapter 13 |

**DECLARATION OF DEBTOR IN SUPPORT OF OBJECTION TO CLAIM**

I, Daovd Ahmad Plante, declare that:

1. I am the Debtor in the above captioned Chapter 13 bankruptcy case.

2. I have read and understand the claim by John Doe for $1,000,000.00.

3. I deny each and every factual allegation made by John Doe.

4. I deny that the Claimant has been injured as a result of any encounters between myself and the Claimant.

5. I deny that the Claimant has suffered damages in any amount and that the Claimant has not provided me, my attorney or the Court any documentation showing his alleged damages.

I declare under penalty of perjury that the above is true and correct.

Dated: March 3, 2020          /s/Daovd Ahmad Saidy
　　　　　　　　　　　　　　　　Debtor