# Notice Recipients

District/Off: 0971–4      User: dsondheim      Date Created: 9/9/2020

Case: 19–42576      Form ID: pdfeoc      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Daovd Ahmad Plante      175 E. 96th St., Apt. 20A      New York, NY 10128

TOTAL: 1